IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BOYD, | : | |
|     Plaintiff | : | No. 3:20-cv-02403 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| BERNADETTE MASON, | : | (Magistrate Judge Saporito) |
| Superintendent of SCI-Retreat, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 16th day of September 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for an extension of time (Doc. No. 15) to file objections to the May 28, 2021 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 11) is **GRANTED**;

2. The Court adheres to its previous adoption (Doc. No. 14) of the Report and Recommendation (Doc. No. 11) but will grant Plaintiff leave to amend his complaint to assert deliberate indifference claims against Defendants Superintendent Bernadette Mason, Deputy Superintendents Laura Banta and Charles Stetler, and the unnamed "Major of Security" arising from the alleged nonuse of a metal detector at his prior facility's recreation yard;

3. The Clerk of Court is directed to **REINSTATE** the Defendants named in paragraph 2 of this Order as Defendants in this action;

4. Plaintiff may file an amended complaint, within thirty (30) days of this Order, asserting deliberate indifference claims against the Defendants named in paragraph 2 of this Order; and

5. The above-captioned action is **RECOMMITTED** to Magistrate Judge Saporito for further pretrial management.

                                                                                          s/ Yvette Kane
                                                                                         Yvette Kane, District Judge
                                                                                         United States District Court
                                                                                         Middle District of Pennsylvania